## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

### OFFICE OF THE CLERK
### 501 "I" STREET
### SACRAMENTO, CA  95814

**J & J SPORTS PRODUCTIONS, INC.,**

                                              **DEFAULT JUDGMENT**

    v.

**DULCE TORRES, INDIVIDUALLY
and d/b/a/ PRIME TIME BAR AND
GRILL a/k/a EL MALECON BAR &
GRILL,**

                               **Case No. CIV S-11-cv-0653 JAM KJN**

_____

        **IT IS ORDERED AND ADJUDGED** default judgment is hereby
ENTERED against defendant:

        **Dulce Torres,  individually and doing business as Prime Time
Bar and Grill, also known as El Malecon Bar & Grill.**

        **Plaintiff is awarded statutory damages in the amount of
$10,000, and $25,000 in enhanced damages, for a total award
of $35,000.**

February 2, 2012

                             VICTORIA C. MINOR, CLERK

                               By: /s/ *A. Benson*_____
                                 A. Benson, Deputy Clerk