UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

J & J SPORTS PRODUCTIONS, INC.,

    v.

DULCE TORRES, INDIVIDUALLY
and d/b/a/ PRIME TIME BAR AND
GRILL a/k/a EL MALECON BAR &
GRILL,

DEFAULT JUDGMENT

Case No. CIV S-11-cv-0653 JAM KJN

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

**Dulce Torres, individually and doing business as Prime Time Bar and Grill, also known as El Malecon Bar & Grill.**

**Plaintiff is awarded statutory damages in the amount of $10,000, and $25,000 in enhanced damages, for a total award of $35,000.**

February 2, 2012

VICTORIA C. MINOR, CLERK

By: /s/ *A. Benson*_____
    A. Benson, Deputy Clerk