ALAN L. ROSEN, BAR#67328
LAW OFFICES OF ROSEN AND LOEB
16000 VENTURA BLVD., SUITE 1150
ENCINO, CA 91436
818-907-5866     818-461-5959 (FAX)
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No.: 2:11-cv-00653-JAM-KJN |
| Plaintiff, | |
| vs. | ORDER |
| DULCE TORRES, et al., | |
| Defendant | |

### **ORDER**

Having read and considered the foregoing application and good cause appearing therefore,

**IT IS ORDERED, ADJUDGED AND DECREED:**

**REZAK MEYER ATTORNEY SERVICE, is authorized to serve legal process in this matter including Writs of Execution. The U.S. Marshal's Service shall remain the Levying Officer.**

**Dated: 6/5/2014**          **/s/ John A. Mendez**
                             **UNITED STATES DISTRICT JUDGE**

ORDER